| PROB 22<br>(Rev. 01/24) | | DOCKET NUMBER *(Tran. Court)* |
|---|---|---|
| **TRANSFER OF JURISDICTION** | | 0645 1:01CR20052 |
| | | DOCKET NUMBER *(Rec. Court)*<br>M-24-1013 |

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE | DISTRICT | DIVISION |
|---|---|---|
| Alfredo Delapaz Vasquez | Eastern District of Michigan | Bay City |

| | NAME OF SENTENCING JUDGE | | |
|---|---|---|---|
| | Honorable Thomas L. Ludington | | |
| | DATES OF PROBATION/<br>SUPERVISED RELEASE | FROM<br>10/11/2019 | TO<br>10/10/2027 |

**OFFENSE**
Count 1: 21 U.S.C. § 846 - Conspiracy to Possess With Intent to Distribute More Than 500 Grams but Less Than 5 Kilograms of Cocaine
Count 2: 21 U.S.C. § 841(a)(1) – Aiding and Abetting in the Distribution of 500 Grams or More of Cocaine

JUSTIFICATION/REASON FOR TRANSFER (e.g., prosocial ties, employment/education opportunities, violation of supervision).
Transfer of Jurisdiction will provide economic and administrative advantages. It would also aid in protecting public safety by helping ensure violations or non-compliant behaviors are addressed in a timely fashion and with the most efficiency.

---

**PART 1 - ORDER TRANSFERRING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE ___EASTERN___ DISTRICT OF ___MICHIGAN___

   IT IS HEREBY ORDERED that, pursuant to 18 U.S.C. 3605, the jurisdiction of the probationer or supervised releasee named above be transferred with the records of this Court to the United States District Court for the  Southern District of Texas _____: upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this court.*

| June 28, 2024 | s/Thomas L. Ludington |
|---|---|
| *Date* | *United States District Judge* |

*This sentence may be deleted in the discretion of the transferring Court.

---

**PART 2 - ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF TEXAS

   IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

| July 12, 2024 | Drew B Tipton |
|---|---|
| *Effective Date* | *United States District Judge* |