1:01-cr-20052-DML Doc # 11 Filed 06/24/02 Pg 1 of 3 Pg ID 37



UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

UNITED STATES OF AMERICA,

M- 24- 1013

Plaintiff,

Criminal No. 01-CR-20052-BC

v.

D-1 Jose Ove Montes, Jr.,
D-2 Alfredo Delapaz Vasquez, and
D-3 Juan Vasquez de La Paz, Jr.,

Defendants.

_____/

## AMENDED INDICTMENT

THE GRAND JURY CHARGES:

### COUNT 1
(21 U.S.C. § 846)

D-1 Jose Ove Montes, Jr.
D-2 Alfredo Delapaz Vasquez
D-3 Juan Vasquez de La Paz, Jr.

That beginning approximately September 15, 2001, and continuing until approximately December 7, 2001, within the Eastern District of Michigan, Northern Division, Jose Ove Montes, Jr., Alfredo Delapaz Vasquez, and Juan Vasquez de La Paz, Jr., defendants herein, did knowingly, intentionally and unlawfully combine, conspire, confederate and agree together and with other persons whose names are both known and unknown to the Grand Jury to commit an offense or offenses against the United States, that is, to

1

possess with intent to distribute and to distribute five kilograms or more of cocaine, a Schedule II Controlled Substance, in violation of Title 21, United States Code, sections 846, 841(a)(1), and 841(b)(1)(A)(ii)(II).

## COUNT 2
### (21 U.S.C. §841(a)(1))

D-1   Jose Ove Montes, Jr.
D-2   Alfredo Delapaz Vasquez
D-3   Juan Vasquez de La Paz, Jr.

That on or about December 7, 2001, within the Eastern District of Michigan, Jose Ove Montes, Jr., Alfredo Delapaz Vasquez, and Juan Vasquez de La Paz, Jr., defendants herein, did knowingly, intentionally, and unlawfully distribute and aid and abet each other in the distribution of 500 grams or more of cocaine, a Schedule II Controlled Substance, in violation of Title 21, United States Code, sections 841(a)(1) and (b)(1)(B)(ii) and Title 18, United States Code, section 2.

JEFFREY G. COLLINS
United States Attorney

_Michael Hluchaniuk_
Michael Hluchaniuk (P15007)           Dated: June 24, 2002
Assistant U.S. Attorney
101 First Street, Suite 200
Bay City, MI 48708
(989) 895-5712

2

1:01-cr-20052-DML   Doc # 11   Filed 06/24/02   Pg 3 of 3   Pg ID 39

# Criminal Case Cover Sheet

**United States District Court**
**Eastern District of Michigan**

Case No. 01-CR-20052-BC

**NOTE:** It is the responsibility of the Assistant U.S. Attorney signing this form to complete it accurately in all respects.

| Companion Case Information | Companion Case Number: |
|---|---|
| This may be a companion case based upon LCrR 57.10 (b)(4)[1]: | Judge Assigned: |
| ☐ Yes    x No | AUSA's Initials: |

**Case Title:** USA v. Jose Ove Montex, Jr., et al

County where offense occurred: Saginaw

**Check One:**    X Felony    ☐ Misdemeanor    ☐ Petty

☐ Indictment____/Information____ **no** prior complaint.
☐ Indictment____/Information____ based upon prior complaint [Case number:                    ]
☐ Indictment based upon LCrR 57.10 (d) [Complete Superseding section below].

## Superseding Case Information

Superseding to Case No: 01-CR-20052-BC     Judge: David M. Lawson

☐ Original case was terminated; no additional charges or defendants.
x **Corrects errors; no additional charges or defendants.**
☐ Involves, for plea purposes, different charges or adds counts.
☐ Embraces same subject matter but adds the additional defendants or charges below:

**Defendant name**                                    **Charges**


June 24, 2002                  _____(P15007)
Date                           Michael Hluchaniuk, Assistant United States Attorney

                               (989) 895-5712
                               Phone Number

---

[1] Companion cases are matters in which it appears that substantially similar evidence will be offered at trial or the same of related parties are present, and the cases arise out of the same transaction or occurrence. Cases may be companion cases even though one of them may have already been terminated.

5/1/99