AO 247 (Rev. 11/11)  Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)   Page 1 of 2 (Page 2 Not for Public Disclosure)

# UNITED STATES DISTRICT COURT
for the

Eastern District of Michigan

M- 24- 1013

United States of America
v.
Alfredo Delapaz Vasquez

Case No: 01-20052-02
USM No: 61854-179

Date of Original Judgment: 02/14/2007
Date of Previous Amended Judgment: _____
*(Use Date of Last Amended Judgment if Any)*

David Koelzer
*Defendant's Attorney*

## ORDER REGARDING MOTION FOR SENTENCE REDUCTION PURSUANT TO 18 U.S.C. § 3582(c)(2)

Upon motion of ☐ the defendant ☐ the Director of the Bureau of Prisons ☑ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG §1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:
☐ DENIED.  ☑ GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of  see below  months **is reduced to**  see below  .

*(Complete Parts I and II of Page 2 when motion is granted)*

**The previously imposed sentence of imprisonment of 240 months on Counts 1 and 2, to run concurrently is reduced to 200 months on Counts 1 and 2, to run concurrently.**

Except as otherwise provided, all provisions of the judgment dated  02/14/2007  shall remain in effect.
**IT IS SO ORDERED.**

Order Date:  11/24/2015

s/Thomas L. Ludington
*Judge's signature*

Effective Date:  11/01/2015
*(if different from order date)*

Thomas L. Ludington, U.S. District Judge
*Printed name and title*