**U.S. Department of Justice** **Criminal Docket**
W7ashington, D.C.
7/12/2024/jg

McALLEN Division  CR. No. **M-24-1013**

Transfer of Jurisdiction from the Eastern District of Michigan

Filed: July 12, 2024   Judge: DREW B. TIPTON
County: Hidalgo
Lions #   Attorneys:

UNITED STATES OF AMERICA   ALAMDAR S. HAMDANI, U.S. ATTORNEY

v.

ALFREDO DELPAZ VASQUEZ   Ct. 1

Charge(s):  Ct. 1:  Violation of Supervised Release.
Title 8, United States Code, Sections 3583 (e)(3)

Total Counts (1)

Sentenced:  8 year(s) of supervised release term

In Jail: ____

On Bond: ____

No Arrest: ____

Agency:  U.S. PROBATION

Proceedings

Date