UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | § | |
| | § | |
| **VS.** | § | Criminal Case No. 7:24-CR-01013 |
| | § | |
| **ALFREDO DELAPAZ VASQUEZ** | § | |

### ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

Pending before the Court is the August 19, 2024, Report and Recommendations of the United States Magistrate Judge ("R&R") prepared by Magistrate Judge J. Scott Hacker. (Dkt. No. 13).

The Court referred a Petition alleging violations of supervised release conditions to the Magistrate Judge in McAllen, Texas, for consideration pursuant to applicable laws and orders of this Court. The Court has received and considered the R&R, along with the record, pleadings, and all available evidence. At the close of the revocation hearing, Defendant, defense counsel, and counsel for the Government each signed a form waiving their right to object to the proposed findings and recommendations contained in the Magistrate Judge's R&R and consented to the Magistrate Judge's proposed findings and recommended sentence. Defendant and counsel for the Government also waived their right to be present and speak before the District Judge when the recommended sentence is imposed. Therefore, the Court may act on the Magistrate Judge's R&R immediately.

Accordingly, the findings of fact and conclusions of law of the Magistrate Judge are correct, and the R&R is hereby **ADOPTED**. The Court **ACCEPTS** the Magistrate

Judge's findings that Defendant committed the violations as stated on the record, thereby violating Defendant's term of supervised release.

It is **ORDERED** that Defendant's term of supervised release be **REVOKED**.

It is further **ORDERED** that Defendant be sentenced as recommended by the Magistrate Judge at the revocation hearing.

It is **SO ORDERED**.

Signed on August 19, 2024.

*/s/ Drew B. Tipton*
**DREW B. TIPTON**
**UNITED STATES DISTRICT JUDGE**