**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**MCALLEN DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | § | |
| | § | |
| **VS.** | § | **Criminal Case No. 7:24-CR-01013** |
| | § | |
| **ALFREDO DELAPAZ VASQUEZ** | § | |

## <u>ORDER</u>

Pending before the Court is Defendant Alfredo Delapaz Vasquez's *pro se* Motion for Reduction of Sentence Pursuant to 18 U.S.C. § 3582(c)(2) and Amendment 821 to the Federal Sentencing Guidelines Based on U.S.S.G. § 4A1.1(d) & (e) Criminal History Category. (Dkt. No. 16).

In 2007, Defendant was sentenced to 240 months' imprisonment and 8 years' supervised release in Criminal Case No. 01-CR-20052-2 in the Eastern District of Michigan. His sentence was later reduced to 200 months, and he was released from custody on October 11, 2019. While on supervision, Defendant was arrested for possession of 1 kilogram of cocaine in Edinburg, Texas. Jurisdiction over his supervision in Criminal Case No. 01-CR-20052-2 was transferred to this district and assigned Criminal Case No. 7:24-CR-01013. Defendant's supervision was revoked based on his law violation, and he was sentenced to 15 months' imprisonment. (*See* Dkt. No. 15).

Defendant now moves the Court to reduce his revocation sentence under retroactive Amendment 821 to the Sentencing Guidelines. Because this sentence was not based on a sentencing range determined by the Guidelines, Amendment 821 does not affect the calculation of his sentence.

Accordingly, Defendant's Motion for Reduction of Sentence Pursuant to 18 U.S.C. § 3582(c)(2) and Amendment 821, (Dkt. No. 16), is **DENIED**.

It is SO ORDERED.

Signed on October 18, 2024.

**DREW B. TIPTON**
**UNITED STATES DISTRICT JUDGE**